FILED

09/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0400

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0400

IN RE THE MARRIAGE OF:

JASON GAGE JONES,
                    Petitioner/Appellant,


vs.


QUINN ERIN JONES,

          Respondent/Appellee.

## ORDER

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefrom, Appellant is granted an extension of time to and including November 13, 2023, within which to prepare, file, and serve the opening brief.

Signed this _____ day of _____, 2023

_____
Bowen Greenwood, Clerk of the Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2023